AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __-05-.560__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

_____8/2/05_____
(Date forms issued)

_____[signature]_____
(Signature of Party or their Representative)

_____BACH EVELAND_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action